IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**TROY BRADFORD,**

    **Petitioner,**

    v.                                   Case No. C-2-04-102
                                           Crim. No. CR-2-02-195
                                           JUDGE GRAHAM
**UNITED STATES OF AMERICA,**        Magistrate Judge ABEL

    **Respondent.**

## OPINION AND ORDER

On April 1, 2004, the Magistrate Judge issued a *Report and Recommendation* recommending that petitioner's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. §2255 be dismissed. Although the parties were specifically informed of their right to object to the *Report and Recommendation*, and of the consequences of their failure to do so, there has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED AND AFFIRMED**. This case is **DISMISSED**.

It is so ORDERED.

                                                            **s/James L. Graham**
                                                            JAMES L. GRAHAM
                                                            Chief United States District Judge

DATE: July 14, 2004